**Douglas Michael BROWN, Jr., Petitioner–Appellant,**

v.

**Harold CLARKE, Director, VA Department of Corrections, Respondent–Appellee.**

No. 13–6410.

United States Court of Appeals, Fourth Circuit.

Submitted: July 16, 2013.

Decided: July 24, 2013.

Douglas Michael Brown, Jr., Appellant Pro Se. Robert H. Anderson, III, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before DAVIS, WYNN, and FLOYD, Circuit Judges.

Remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Michael Brown, Jr., seeks to appeal the district court's order adopting the recommendation of the magistrate judge and dismissing Brown's 28 U.S.C. § 2254 (2006) petition. The district court's judgment was entered on the docket on December 21, 2012. The district court filed Brown's notice of appeal on March 4, 2013, outside of the thirty-day appeal period. *See* Fed. R.App. P. 4(a)(1)(A). Although the notice of appeal was stamped

as received in the prison mail system in March 2013, Brown asserts on appeal that he filed his notice of appeal on January 10, 2013, well within the thirty-day appeal period. Because Brown is incarcerated, the notice is deemed filed on the date it is properly delivered to prison officials for forwarding to the district court. *See* Fed. R.App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 271–72, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988). The record does not conclusively reveal when Brown delivered the notice of appeal to prison officials for mailing. Accordingly, we remand the case for the limited purpose of allowing the district court to make factual findings as to the date Brown properly delivered his notice of appeal to prison officials for filing. The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED.*